UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE: ECP COMMERCIAL I LLC,

    Plaintiff,

v.                                             Case No. 15-cv-02247-STA-cgc

BOAZ SHOPPING CENTER LLC, *et al.*,

    Defendants.

---

### OATH OF RECEIVER

---

State of Ohio          )
                                ) ss
County of Franklin  )

    George E. Shoup, III, being first duly sworn according to law, states that he accepts his duties pursuant to the Agreed Order Appointing Receiver (Doc. No. 71), and that he will faithfully perform the responsibilities and duties of Receiver in this proceeding as outlined in the Agreed Order Appointing Receiver, and that he will obey all future orders of this Court.

                                                                     _____
                                                                     George E. Shoup, III

Sworn to and subscribed in my presence this 23rd day of February, 2016.

STEVEN M HANBY
Notary Public, State of Ohio
My Comm. Expires July 8, 2020
Recorded in Franklin County

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2016, a copy of the foregoing was sent to all parties by operation of the Court's electronic case filing system. In addition, copies were sent via regular U.S. mail, postage prepaid, to the following:

Austin L. McMullen
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street, Ste. 700
Nashville, TN 37203

Jeremy S. Friedberg
Leitess Friedberg PC
10451 Mill Run Circle, Suite 1000
Baltimore, Maryland 21117

Michael P. Coury
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119

_____
Harris P. Quinn